Same case below, 616 F.3d 213.

**No. 09-10755. Joseph Smith, Petitioner v. Florida.**

564 U.S. 1052, 131 S. Ct. 3087, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 5006.

June 28, 2011. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 28 So. 3d 838.

**No. 10-56. Reinauer Transportation Companies, LLC, et al., Petitioners v. George Brown.**

564 U.S. 1052, 131 S. Ct. 3088, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 4998.

June 28, 2011. Petition for writ of certiorari to the Appellate Division, Supreme Court of New York, Third Judicial Department, denied.

Same case below, 67 App. Div. 3d 106, 886 N.Y.S.2d 769.

**No. 10-75. Consolidated Rail Corporation, Petitioner v. Francis Battaglia.**

564 U.S. 1052, 131 S. Ct. 3088, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 4999.

June 28, 2011. Petition for writ of certiorari to the Court of Appeals of Ohio, Lucas County, denied.

**No. 10-795. Green Party of Connecticut, et al., Petitioners v. Albert P. Lenge, et al.**

564 U.S. 1052, 131 S. Ct. 3090, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 5002.

June 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 10-966. William Roger Clemens, Petitioner v. Brian McNamee.**

564 U.S. 1052, 131 S. Ct. 3091, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 5016.

June 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 615 F.3d 374.

**No. 10-1004. Pirelli Pneus LTDA, Petitioner v. Gary Gunn, Individually and as Guardian of Kathy Gunn, an Incapacitated Person.**

564 U.S. 1052, 131 S. Ct. 3091, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 4997.

June 28, 2011. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 64 So. 3d 1272.

**No. 10-1012. Heather Ducasse, Petitioner v. Maine.**

564 U.S. 1053, 131 S. Ct. 3091, 180 L. Ed. 2d 912, 2011 U.S. LEXIS 5012.

June 28, 2011. Petition for writ of certiorari to the Supreme Judicial Court of Maine denied.

Same case below, 8 A.3d 1252.